GARY M. RESTAINO
United States Attorney
District of Arizona
J. COLE HERNANDEZ
Assistant U.S. Attorney
Arizona State Bar No. 018802
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Civil fax: (520) 620-7138
Email: cole.hernandez@usdoj.gov
*Attorneys for Defendant USA*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Auendrea Reynolds,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　　Defendant. | Case No.: _____<br><br>**NOTICE OF REMOVAL**<br><br>**(Superior Court Graham County, Case No. S0500CV2022-00025)** |

TO:　THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

　　　The United States of America, on behalf of Defendants Canyonlands Community Healthcare ("Canyonlands"), Laura Miller, MD, Roberta Boon, FNPC and Michael Baker, FNPC, hereby gives notice of removal of this action from the Graham County Superior Court, State of Arizona, to the U.S. District Court for the District of Arizona. The action is removed pursuant to 42 U.S.C. § 233(c).

　　　1.　This action was originally filed on or about March 31, 2022, in Graham County Superior Court, State of Arizona, with a cause number of S0500CV2022-00025.

　　　2.　The Complaint names Canyonlands, Laura Miller, MD, Roberta Boon, FNPC and Michael Baker, FNPC as the Defendants. The Complaint alleges that all Defendants provided negligent medical care to Plaintiff Auendrea Reynolds ("Plaintiff") relating to the failure to timely diagnose and treat melanoma, causing injury and damages to Plaintiff. Copies of all process and pleadings obtained from the state court are filed

herewith.

3. At all times alleged in the Complaint, Laura Miller, MD, Roberta Boon, FNPC and Michael Baker, FNPC were employees of Canyonlands, an entity receiving federal grant money from the United States Public Health Service. Pursuant to 42 U.S.C. §233(g), as amended by the Federally Supported Health Care Centers Assistance Act of 1995 (Public Law 104-73), the United States Department of Health and Human Services has deemed Canyonlands and its employees who are licensed or certified health care practitioners, including Laura Miller, MD, Roberta Boon, FNPC and Michael Baker, FNPC to be employees of the Public Health Service for purposes of coverage under Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.,* at all times described in the Complaint.

4. The Attorney General of the United States, acting by and through the Chief of the Civil Division for the U.S. Attorney's Office, District of Arizona, pursuant to the provisions of 42 U.S.C. § 233(c) and by virtue of the authority vested in the United States Attorney for the District of Arizona by 28 C.F.R. § 15.4 and delegated to the Chief of the Civil Division for the District of Arizona, has certified that Defendants Canyonlands, Laura Miller, MD, Roberta Boon, FNPC and Michael Baker, FNPC were acting within the scope of their employment as deemed employees of the Public Health Service at the time of the acts or omissions alleged in the Complaint. *See* Certification of Scope of Employment for each Defendant filed herewith.

5. Pursuant to 42 U.S.C. § 233(c), upon certification by the Attorney General that a defendant was acting within the scope of deemed federal employment at the time of the incident out of which the claim arose, any civil action commenced upon a claim for damages for personal injury or death resulting from medical or related functions in a state court shall be removed without bond at any time before trial to the district court of the United States for the district and division where the action is pending and shall be deemed a tort action against the United States under 28 U.S.C. § 2679(d).  The United States is automatically substituted in place of the covered employee. 28 U.S.C. § 2679(d)(1).

6. In a case in which there are multiple defendants, agreement of all defendants

- 2 -

is not necessary for removal by a federal defendant. *Ely Valley Mines, Inc. v. Hartford Accident & Indem. Co.,* 644 F.2d 1310, 1315 (9th Cir. 1981). Upon filing of a notice of removal, the entire case is removed even if the removing defendant is the only federal party. *Id.* In this case, however, the removing defendants are the only defendants.

7. Pursuant to Local R. Civ. P. 3.6(a), a notice of this filing, along with a copy of this Notice of Removal, has been or, upon issuance of a district court docket number, will be filed with the clerk of Superior Court of Arizona, Graham County.

8. Pursuant to Local R. Civ. P. 3.6(b), a true and complete copy of the state court record and accompanying verification are filed with this Notice.

Respectfully submitted this 25th day of January, 2023.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/J. Cole Hernandez*
> J. COLE HERNANDEZ
> Assistant U.S. Attorney
> *Attorney for Defendant USA*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing:

Lisa M. Kimmel, Esq.
Goldberg & Osborne, LLP
698 E. Wetmore Rd, Ste 200
Tucson, AZ  85705
*Plaintiff's Attorney*

*s/L. Conlisk*